UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JOSE JULIAN MORENO RAMIREZ : | |
|           Petitioner, : | |
| : | |
|    v. : | No.  2:25-cv-7346 |
| : | |
| J.L. JAMISON, in his official capacity as Warden : | |
| of Federal Detention Center, Philadelphia; BRIAN : | |
| MCSHANE, in his official capacity as Acting : | |
| Philadelphia Field Office Director, United States : | |
| Immigration and Customs Enforcement; TODD : | |
| LYONS, in his official capacity as Acting Director : | |
| of Immigration and Customs Enforcement; KRISTI : | |
| NOEM, in her official capacity as Secretary of the : | |
| Department of Homeland Security; : | |
| DEPARTMENT OF HOMELAND SECURITY; : | |
| PAMELA BONDI, Attorney General of the United : | |
| States, : | |
|           Respondents. : | |

---

## O R D E R

**AND NOW**, this 30th day of December, 2025, upon consideration of the Petitioner's Motion for a Temporary Restraining Order, *see* ECF No. 2, and the accompanying Memorandum of Law, and good cause appearing,  **IT IS HEREBY ORDERED THAT** the Motion, *see* ECF No. 2, is **GRANTED in part**, as follows:

    1.    The Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania pending further order of this Court.

    2.    In all other respects, the relief requested in the remainder of the Motion is **DENIED**, **without prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge
