## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE JULIAN MORENO RAMIREZ | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No.   2:25-cv-7346 |
| | : | |
| J.L. JAMISON, *in his official capacity as Warden* | : | |
| *of Federal Detention Center, Philadelphia*; BRIAN | : | |
| MCSHANE, *in his official capacity as Acting* | : | |
| *Philadelphia Field Office Director, United States* | : | |
| *Immigration and Customs Enforcement*; TODD | : | |
| LYONS, *in his official capacity as Acting Director* | : | |
| *of Immigration and Customs Enforcement*; KRISTI | : | |
| NOEM, *in her official capacity as Secretary of the* | : | |
| *Department of Homeland Security*; PAMELA | : | |
| BONDI, *Attorney General of the United States*, | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, on this 26th day of January, 2026, upon consideration of the Petition for Writ of Habeas Corpus, ECF No. 1; the Government's Response and Amended Response in Opposition, ECF Nos. 3. 5; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

The Petition for Writ of Habeas Corpus, ECF No. 1, is **GRANTED**, as follows:

1.    Petitioner Jose Julian Moreno Ramirez is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2.    **Within seven (7) days of the date of this Order**, the Government SHALL provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3.    If a bond hearing is not held before an Immigration Judge within seven (7) days, the Government shall immediately RELEASE Petitioner from custody; and

4.    The Clerk of Court shall mark this case **CLOSED.**

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge