**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| JOSE JULIAN MORENO RAMIREZ | : |
| Petitioner, | : |
| | : |
| v. | :   No.   2:25-cv-7346 |
| | : |
| J.L. JAMISON, *in his official capacity as Warden* | : |
| *of Federal Detention Center, Philadelphia*; BRIAN | : |
| MCSHANE, *in his official capacity as Acting* | : |
| *Philadelphia Field Office Director, United States* | : |
| *Immigration and Customs Enforcement*; TODD | : |
| LYONS, *in his official capacity as Acting Director* | : |
| *of Immigration and Customs Enforcement*; KRISTI | : |
| NOEM, *in her official capacity as Secretary of the* | : |
| *Department of Homeland Security*; PAMELA | : |
| BONDI, *Attorney General of the United States*, | : |
| Respondents. | : |

---

**O R D E R**

**AND NOW**, on this 13th day of July, 2026, for the reasons stated in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT:**

The Motion for Attorney Fees, ECF No. 11, is **DENIED.**


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge